### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrea Witt | Debtor(s) | CHAPTER 13 |
| The Money Source, Inc. | Movant | |
| vs. | | NO. 21-11691 AMC |
| Andrea Witt | Debtor(s) | |
| Jeremy Dean Witt | Co-Debtor | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 20, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: December 14, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Andrea Witt
1860 Franklin Way
Quakertown, PA 18951

Jeremy Dean Witt
1860 Franklin Way
Quakertown, PA 18951

Cameron Deane
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading , PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532