United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11691-amc |
| Andrea Witt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

**Recip ID      Recipient Name and Address**
db           + Andrea Witt, 1860 Franklin Way, Quakertown, PA 18951-2059

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

**Name**              **Email Address**
CAMERON DEANE
                      on behalf of Debtor Andrea Witt cdeane@ymalaw.com
                      ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
                      on behalf of Debtor Andrea Witt support@ymalaw.com
                      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
                      on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
                      on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                      ECFMail@ReadingCh13.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrea Witt | | |
| | Debtor(s) | CHAPTER 13 |
| The Money Source, Inc. | | |
| | Movant | |
| vs. | | NO. 21-11691 AMC |
| Andrea Witt | | |
| | Debtor(s) | |
| Jeremy Dean Witt | | |
| | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman | | |
| | Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 20, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: December 14, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Andrea Witt
1860 Franklin Way
Quakertown, PA 18951

Jeremy Dean Witt
1860 Franklin Way
Quakertown, PA 18951

Cameron Deane
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading , PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532