IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| ANDREA WITT | : | NO. 21-11691 |
| Debtor | : | |

**ORDER**

Upon consideration of the Stipulation between Debtor, First Commonwealth Federal Credit Union and the Trustee granting relief from the automatic stay, it is hereby

ORDERED that said Stipulation is approved and entered as an Order of this Court.

BY THE COURT:

**Date: December 29, 2021**

_____, B.J.

Distribution list:

Andrea Witt
1860 Franklin Way
Quakertown, PA 18951
Debtor

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
Two City Center
645 West Hamilton Street, Suite 800
Allentown, PA 18101-2197