United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11691-amc
Andrea Witt                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2
Date Rcvd: Dec 29, 2021                      Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea Witt, 1860 Franklin Way, Quakertown, PA 18951-2059 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Andrea Witt cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com |
| PAUL H. YOUNG | on behalf of Debtor Andrea Witt support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |

District/off: 0313-2                    User: admin                              Page 2 of 2
Date Rcvd: Dec 29, 2021                 Form ID: pdf900                          Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| ANDREA WITT | : | NO. 21-11691 |
| Debtor | : | |

**ORDER**

Upon consideration of the Stipulation between Debtor, First Commonwealth Federal

Credit Union and the Trustee granting relief from the automatic stay, it is hereby

ORDERED that said Stipulation is approved and entered as an Order of this Court.

BY THE COURT:

**Date: December 29, 2021**

_____
, B.J.

Distribution list:

Andrea Witt
1860 Franklin Way
Quakertown, PA 18951
Debtor

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA 19020
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
Two City Center
645 West Hamilton Street, Suite 800
Allentown, PA 18101-2197