Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11691-AMC**

Andrea Witt  
1860 Franklin Way  
Quakertown  PA    18951

Petition Filed Date: 06/15/2021  
341 Hearing Date: 08/20/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2021 | $2,412.00 | | 09/07/2021 | $301.50 | | 09/13/2021 | $301.50 | |
| 09/17/2021 | $301.50 | | 09/28/2021 | $301.50 | | 10/01/2021 | $301.50 | |
| 10/08/2021 | $301.50 | | 10/18/2021 | $301.50 | | 10/22/2021 | $301.50 | |
| 10/29/2021 | $301.50 | | 11/05/2021 | $301.50 | | 11/16/2021 | $301.50 | |
| 11/22/2021 | $301.50 | | 11/29/2021 | $301.50 | | 12/06/2021 | $301.50 | |
| 12/10/2021 | $301.50 | | 12/20/2021 | $301.50 | | 12/28/2021 | $301.50 | |
| 01/03/2022 | $301.50 | | 01/07/2022 | $301.50 | | 01/18/2022 | $301.50 | |
| 05/09/2022 | $148.50 | | 05/16/2022 | $148.50 | | 05/23/2022 | $148.50 | |
| 05/31/2022 | $148.50 | | 06/07/2022 | $148.50 | | 06/13/2022 | $148.50 | |
| 06/21/2022 | $148.50 | | 06/29/2022 | $148.50 | | 07/05/2022 | $148.50 | |
| 07/12/2022 | $148.50 | | 07/18/2022 | $148.50 | | 07/25/2022 | $148.50 | |
| 08/01/2022 | $148.50 | | | | | | | |

**Total Receipts for the Period: $10,372.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,372.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT CORP SOLUTIONS INC<br>»» 001 | Unsecured Creditors | $434.68 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Creditors | $270.60 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $13.05 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 03U | Unsecured Creditors | $23,005.02 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $2,253.27 | $0.00 | $0.00 |
| 7 | THE MONEY SOURCE INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $289.56 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,032.14 | $0.00 | $0.00 |
| 10 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $1,966.79 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11691-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,919.99 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL<br>»» 010 | Secured Creditors | $5,279.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $2,714.80 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,433.38 | $0.00 | $0.00 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 13P | Priority Crediors | $6,357.85 | $0.00 | $0.00 |
| 16 | UNITED STATES TREASURY (IRS)<br>»» 13U | Unsecured Creditors | $3,901.08 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $3,827.82 | $0.00 | $0.00 |
| 18 | BRICKHOUSE OPCO I LLC<br>»» 015 | Unsecured Creditors | $3,621.01 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $0.00 | $3,800.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,372.50 | Current Monthly Payment: | $594.00 |
| Paid to Claims: | $0.00 | Arrearages: | $445.50 |
| Paid to Trustee: | $902.16 | Total Plan Base: | $38,736.00 |
| Funds on Hand: | $9,470.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.