UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| ANDREA WITT | : | 10/19/2022 11:00 A.M. |
| | : | Courtroom # 4 |
| | : | |
| | : | Case No. 21-11691 |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1.      Admitted.

2.      Admitted

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Denied.  Debtors deny that they have failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting their account.

7.      Denied.

8.      Denied.

9.      Denied.

10.      Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a

stipulation permitting the Debtors to become current on any missed post-petition

payments.


                                        Respectfully Submitted,

                                        YOUNG, MARR & ASSOCIATES


            By:             /s/Paul H. Young
                            Paul H. Young, Esquire
                            Attorney for Debtors
                            3554 Hulmeville Road, Suite 102
                            Bensalem, PA 19020
                            P: 215-639-5297
                            F: 215-639-1344
                            support@ymalaw.com