United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                            Case No. 21-11691-amc

Andrea Witt                                                                                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                      User: admin                                                            Page 1 of 3

Date Rcvd: Dec 15, 2022                                         Form ID: 155                                                Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea Witt, 1860 Franklin Way, Quakertown, PA 18951-2059 |
| 14615355 | + | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 14615365 | + | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14615364 | + | First Commonwealth Fcu, Attn: Bankruptcy, Po Box 20450, Lehigh Valley, PA 18002-0450 |
| 14615366 | + | First Commonwealth Federal Credit Union, 6126 Hamilton Blvd, Suie 100, Allentown, PA 18106-9711 |
| 14649120 | + | The Money Source Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14615379 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |
| 14615380 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14615351 | + | Email/Text: rperez@arcadiarecovery.com | Dec 16 2022 00:27:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14615352 | + | Email/Text: rperez@arcadiarecovery.com | Dec 16 2022 00:27:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3559 |
| 14635822 | + | Email/Text: alexis@multisourcellc.com | Dec 16 2022 00:27:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14615353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14615354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:15 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14618477 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14615359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:18 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14615358 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:18 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14615361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 00:27:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14615360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 00:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14615362 | + | Email/Text: alexis@multisourcellc.com | Dec 16 2022 00:27:00 | Diverse Funding Associates, Attn: Bankruptcy, 2351 North Forest Road, Ste 110, Getzville, NY 14068-9902 |
| 14615363 | + | Email/Text: alexis@multisourcellc.com | Dec 16 2022 00:27:00 | Diverse Funding Associates, 2351 N Forest Road, |

Case 21-11691-amc  Doc 69  Filed 12/17/22  Entered 12/18/22 00:32:26  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Getzville, NY 14068-9902 |
| 14615368 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2022 00:27:00 | Internal Revenue Service, Cincinnati, OH 45999-0025 |
| 14615357 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 00:28:15 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14615356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 00:28:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14623117 | + | Email/Text: RASEBN@raslg.com | Dec 16 2022 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14621610 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 00:27:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 14615369 | + | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 00:28:16 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14615370 | + | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 00:28:09 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14615372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:28:10 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14615371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:28:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14628156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:28:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14616881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14615803 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 00:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14627571 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 00:27:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14615374 | + | Email/Text: bankruptcy@sw-credit.com | Dec 16 2022 00:27:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14615373 | + | Email/Text: bankruptcy@sw-credit.com | Dec 16 2022 00:27:51 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14615375 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 00:27:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14615376 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 00:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14621468 | + | Email/Text: BK@servicingdivision.com | Dec 16 2022 00:27:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14615378 | + | Email/Text: BK@servicingdivision.com | Dec 16 2022 00:27:00 | The Money Source Inc., 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 14615377 | + | Email/Text: BK@servicingdivision.com | Dec 16 2022 00:27:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14742240 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

14615367        ##+        Fitzpatrick, Lentz & Bubba, 4001 Schoolhouse Lane, Center Valley, PA 18034-8720

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CAMERON DEANE | on behalf of Debtor Andrea Witt cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com |
| PAUL H. YOUNG | on behalf of Debtor Andrea Witt support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrea Witt
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11691−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 14th of December 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Ashely M. Chan
                                              Judge ,
                                              United States Bankruptcy Court

68
Form 155