| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-11691-AMC**

Andrea Witt  
1860 Franklin Way  
Quakertown  PA    18951

Petition Filed Date: 06/15/2021  
341 Hearing Date: 08/20/2021  
Confirmation Date: 12/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $148.50 | | 08/08/2022 | $148.50 | | 08/15/2022 | $148.50 | |
| 08/23/2022 | $148.50 | | 08/29/2022 | $148.50 | | 09/06/2022 | $148.50 | |
| 09/13/2022 | $148.50 | | 09/19/2022 | $148.50 | | 09/26/2022 | $148.50 | |
| 10/03/2022 | $148.50 | | 10/17/2022 | $290.00 | | 10/24/2022 | $290.00 | |
| 10/31/2022 | $290.00 | | 11/04/2022 | $290.00 | | 11/14/2022 | $290.00 | |
| 11/21/2022 | $290.00 | | 11/28/2022 | $290.00 | | 12/02/2022 | $290.00 | |
| 12/12/2022 | $290.00 | | 12/19/2022 | $290.00 | | 12/27/2022 | $290.00 | |
| 01/03/2023 | $290.00 | | 01/09/2023 | $290.00 | | 01/13/2023 | $290.00 | |
| 01/23/2023 | $290.00 | | 01/27/2023 | $290.00 | | 02/03/2023 | $290.00 | |
| 02/10/2023 | $290.00 | | 02/21/2023 | $290.00 | | 02/27/2023 | $290.00 | |
| 03/03/2023 | $290.00 | | 03/10/2023 | $290.00 | | 03/20/2023 | $290.00 | |
| 03/24/2023 | $290.00 | | 04/07/2023 | $300.00 | | 04/14/2023 | $300.00 | |
| 04/24/2023 | $300.00 | | 04/28/2023 | $300.00 | | 05/05/2023 | $300.00 | |
| 05/12/2023 | $300.00 | | 05/19/2023 | $300.00 | | 05/26/2023 | $300.00 | |
| 06/05/2023 | $300.00 | | 06/09/2023 | $300.00 | | 06/16/2023 | $300.00 | |
| 06/26/2023 | $300.00 | | 06/30/2023 | $300.00 | | 07/10/2023 | $300.00 | |
| 07/24/2023 | $300.00 | | 07/28/2023 | $300.00 | | | | |

**Total Receipts for the Period: $13,245.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,769.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT CORP SOLUTIONS INC<br>»» 001 | Unsecured Creditors | $434.68 | $40.69 | $393.99 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $270.60 | $270.60 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $13.05 | $0.00 | $13.05 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 03U | Unsecured Creditors | $23,005.02 | $2,152.82 | $20,852.20 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,253.27 | $210.87 | $2,042.40 |
| 7 | ALLIED FIRST BANK SB DBA SERVBANK<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $289.56 | $15.09 | $274.47 |

Chapter 13 Case No. 21-11691-AMC

| | | | | | |
|---|---|---|---|---|---|
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,032.14 | $96.59 | $935.55 |
| 10 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $1,966.79 | $184.05 | $1,782.74 |
| 11 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $1,919.99 | $179.67 | $1,740.32 |
| 12 | ONE MAIN FINANCIAL »» 010 | Unsecured Creditors | $5,279.00 | $494.01 | $4,784.99 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $2,714.80 | $254.04 | $2,460.76 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,433.38 | $227.72 | $2,205.66 |
| 15 | UNITED STATES TREASURY (IRS) »» 13P | Priority Crediors | $6,357.85 | $6,357.85 | $0.00 |
| 16 | UNITED STATES TREASURY (IRS) »» 13U | Unsecured Creditors | $3,901.08 | $365.07 | $3,536.01 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,827.82 | $358.21 | $3,469.61 |
| 18 | BRICKHOUSE OPCO I LLC »» 015 | Unsecured Creditors | $3,621.01 | $338.84 | $3,282.17 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 19 | ALLIED FIRST BANK SB DBA SERVBANK »» 016 | Mortgage Arrears | $5,565.78 | $5,565.78 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,769.00 | Current Monthly Payment: | $1,332.00 |
| Paid to Claims: | $20,911.90 | Arrearages: | $46.00 |
| Paid to Trustee: | $2,024.88 | Total Plan Base: | $70,435.00 |
| Funds on Hand: | $832.22 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.