IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> ANDREA WITT <br><br> Debtor, <br><br> ALLIED FIRST BANK, SB D/B/A SERVBANK, <br><br> Movant, <br><br> v. <br><br> ANDREA WITT, and <br> SCOTT F. WATERMAN Trustee, <br> Respondents. | Bankruptcy No. 21-11691-amc <br><br> Chapter 13 <br><br> Document No. |

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

Kindly withdraw the *Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay* filed on behalf of Allied First Bank, SB D/B/A Servbank on November 2, 2023, at Document No. 75. The Debtor cured the post-petition arrears Movant's Certification was predicated upon.

Dated: January 3, 2024

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135