IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANDREA WITT<br>    Debtor,<br><br>ALLIED FIRST BANK, SB D/B/A SERVBANK,<br>    Movant,<br><br>              v.<br><br>ANDREA WITT, and<br>SCOTT F. WATERMAN Trustee,<br>    Respondents. | Bankruptcy No. 21-11691-amc<br><br>Chapter 13<br><br>Document No. 61 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, and that on July 29, 2024, I served a copy of the *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 1860 Franklin Way, Quakertown, PA 18951* by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Andrea Witt<br>1860 Franklin Way<br>Quakertown, PA 18951 | Cameron Deane<br>Weltman, Weinberg & Reis Co.,<br>520 Walnut Street, Suite 1355<br>Philadelphia, PA 19106 |
| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue; Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>900 Chestnut Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Counsel for Allied First Bank, SB D/B/A ServBank*