United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrea Witt  
    Debtor

Case No. 21-11691-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 23, 2024      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Andrea Witt, 1860 Franklin Way, Quakertown, PA 18951-2059 |
| cr | + | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14635822 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14615355 | + | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 14615363 | + | Diverse Funding Associates, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 14615362 | + | Diverse Funding Associates, Attn: Bankruptcy, 2351 North Forest Road, Ste 110, Getzville, NY 14068-9902 |
| 14615364 | + | First Commonwealth Fcu, Attn: Bankruptcy, Po Box 20450, Lehigh Valley, PA 18002-0450 |
| 14649120 | + | The Money Source Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14615379 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Aug 23 2024 23:44:00 | Allied First Bank, SB dba Servbank, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034, UNITED STATES 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Aug 23 2024 23:44:00 | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14773755 | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14615351 | + | Email/Text: rperez@arcadiarecovery.com | Aug 23 2024 23:44:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14615352 | + | Email/Text: rperez@arcadiarecovery.com | Aug 23 2024 23:44:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3559 |
| 14615353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14615354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14618477 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14615359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-11691-amc   Doc 98   Filed 08/25/24   Entered 08/26/24 00:32:43   Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14615358 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:23 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Aug 23 2024 23:50:30 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14615361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 23:44:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14615360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2024 23:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14615365 | + | Email/Text: debtres@firstcomcu.org | Aug 23 2024 23:44:00 | First Commonwealth Fcu, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14615366 | + | Email/Text: debtres@firstcomcu.org | Aug 23 2024 23:44:00 | First Commonwealth Federal Credit Union, 6126 Hamilton Blvd, Suie 100, Allentown, PA 18106-9711 |
| 14615368 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2024 23:44:00 | Internal Revenue Service, Cincinnati, OH 45999-0025 |
| 14615356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2024 23:50:22 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14615357 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2024 23:50:22 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14623117 | + | Email/Text: RASEBN@raslg.com | Aug 23 2024 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14621610 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 23:44:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 14615369 | + | Email/PDF: cbp@omf.com | Aug 23 2024 23:50:23 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14615370 | + | Email/PDF: cbp@omf.com | Aug 23 2024 23:50:23 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14615372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 23:50:22 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14615371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 23:50:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14628156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 23:50:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14616881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14615803 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 23:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14627571 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 23:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14856650 | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14615374 | + | Email/Text: bankruptcy@sw-credit.com | Aug 23 2024 23:44:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14615373 | + | Email/Text: bankruptcy@sw-credit.com | Aug 23 2024 23:44:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 14615375 | + | Email/Text: bncmail@w-legal.com | Aug 23 2024 23:44:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14615376 | + | Email/Text: bncmail@w-legal.com | Aug 23 2024 23:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |

Case 21-11691-amc  Doc 98  Filed 08/25/24  Entered 08/26/24 00:32:43  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14621468 | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14615378 | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | The Money Source Inc., 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 14615377 | + | Email/Text: BK@servicingdivision.com | Aug 23 2024 23:44:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14615380 | + | Email/Text: support@ymalaw.com | Aug 23 2024 23:44:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14773757 | *+ | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14856651 | *+ | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14742240 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14615367 | ##+ | Fitzpatrick, Lentz & Bubba, 4001 Schoolhouse Lane, Center Valley, PA 18034-8720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Andrea Witt cdeane@weltman.com tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| KERI P EBECK | on behalf of Creditor Allied First Bank SB dba Servbank kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| PAUL H. YOUNG | on behalf of Debtor Andrea Witt support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 48 |

,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Andrea Witt<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 21-11691-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 23, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE