| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-11691-AMC**

Andrea Witt  
1860 Franklin Way  
Quakertown  PA   18951

Petition Filed Date: 06/15/2021  
341 Hearing Date: 08/20/2021  
Confirmation Date: 12/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $300.00 | | 08/11/2023 | $300.00 | | 08/21/2023 | $300.00 | |
| 08/25/2023 | $300.00 | | 09/01/2023 | $300.00 | | 09/11/2023 | $300.00 | |
| 09/19/2023 | $300.00 | | 10/10/2023 | $300.00 | | 10/18/2023 | $300.00 | |
| 10/23/2023 | $300.00 | | 10/30/2023 | $300.00 | | 11/06/2023 | $300.00 | |
| 11/13/2023 | $300.00 | | 12/04/2023 | $300.00 | | 12/18/2023 | $300.00 | |
| 12/27/2023 | $300.00 | | 01/03/2024 | $300.00 | | 02/02/2024 | $300.00 | |
| 02/09/2024 | $300.00 | | 02/16/2024 | $300.00 | | 02/26/2024 | $300.00 | |
| 03/01/2024 | $300.00 | | 03/08/2024 | $300.00 | | 03/15/2024 | $300.00 | |
| 03/22/2024 | $300.00 | | 04/01/2024 | $300.00 | | 04/05/2024 | $300.00 | |
| 04/12/2024 | $300.00 | | 04/19/2024 | $300.00 | | 04/26/2024 | $300.00 | |
| 05/03/2024 | $300.00 | | 05/20/2024 | $300.00 | | 05/24/2024 | $300.00 | |
| 06/07/2024 | $300.00 | | 07/12/2024 | $300.00 | | | | |

**Total Receipts for the Period: $10,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,969.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT CORP SOLUTIONS INC<br>»»  001 | Unsecured Creditors | $434.68 | $116.64 | $318.04 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $270.60 | $270.60 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $13.05 | $0.00 | $13.05 |
| 4 | FIRST COMMONWEALTH FCU<br>»»  03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU<br>»»  03U | Unsecured Creditors | $23,005.02 | $6,526.22 | $16,478.80 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $2,253.27 | $627.67 | $1,625.60 |
| 7 | SERVBANK SB<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  006 | Unsecured Creditors | $289.56 | $71.76 | $217.80 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»»  007 | Unsecured Creditors | $1,032.14 | $292.82 | $739.32 |
| 10 | CHASE BANK USA NA<br>»»  008 | Unsecured Creditors | $1,966.79 | $547.87 | $1,418.92 |

**Chapter 13 Case No. 21-11691-AMC**

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 11 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $1,919.99 | $534.83 | $1,385.16 |
| 12 | ONE MAIN FINANCIAL GROUP LLC »» 010 | Unsecured Creditors | $5,279.00 | $1,497.57 | $3,781.43 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $2,714.80 | $756.22 | $1,958.58 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,433.38 | $677.87 | $1,755.51 |
| 15 | UNITED STATES TREASURY (IRS) »» 13P | Priority Crediors | $6,357.85 | $6,357.85 | $0.00 |
| 16 | UNITED STATES TREASURY (IRS) »» 13U | Unsecured Creditors | $3,901.08 | $1,106.70 | $2,794.38 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,827.82 | $1,085.90 | $2,741.92 |
| 18 | BRICKHOUSE OPCO I LLC »» 015 | Unsecured Creditors | $3,621.01 | $1,027.21 | $2,593.80 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 19 | SERVBANK SB »» 016 | Mortgage Arrears | $5,565.78 | $5,565.78 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,969.00 | Current Monthly Payment: | $1,332.00 |
| Paid to Claims: | $30,863.51 | Arrearages: | $7,162.00 |
| Paid to Trustee: | $3,026.88 | Total Plan Base: | $70,435.00 |
| Funds on Hand: | $78.61 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.